## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I served a true and correct copy of the foregoing *Notice of Removal* via electronic mail and first class mail, postage prepaid, upon the following:

> Richard L. Huffsmith, Esq.
> Attorney at Law
> 26 East Tioga Street
> Tunkhannock, PA 18657

Dated:  April 28, 2023                                  /s/ Sean T. O'Neill
                                                                                  Sean T. O'Neill